UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

---

In Re:

          Nelson Sanchez,

               Debtor,

Case No.: 17–18123-KF

Hearing Date: October 24, 2017
Chapter: 7
Judge: Kathryn C. Ferguson

---

## Opposition to Specialized Loan Servicing, LLC Motion for Relief from Automatic Stay

The debtor, Nelson Sanchez, ("Debtor"), respectfully objects to the Motion for Relief from Stay filed by Denise Carlon, Esq. on behalf of Specialized Loan Servicing, LLC holder of a mortgage ("Creditor"). In support thereof, counsel submits the following:

1. On April 21, 2017 Debtors filed a Voluntary Chapter 7 petition.

2. On September 18, 2017 Creditor filed its motion for Relief from Automatic Stay.

3. The Debtor lives and has an ownership interest in certain real property located at 498 Broad Avenue, Englewood, NJ 07631 (the "Property").

{01220860 /1 }

4.      Upon information and belief the Debtor is actively pursuing loss mitigation on his

own.

**WHEREFORE,** for the foregoing reason, the Debtor respectfully requests that this

Honorable Court Deny the Motion for Relief from Stay and grant the Debtor such other and further

relief as this Court deems appropriate.

Dated:  Union City, NJ
        October 17, 2017

                                        /s/ Paola D. Vera, Esq.
                                By:  Paola D. Vera, Esq.
                                     CABANILLAS & ASSOCIATES, PC
                                     Attorneys for the Debtor
                                     4100 Kennedy Blvd., Suite 102
                                     Union City, NJ 07087

{01220860 /1 }